IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:24-cv-00316-M-RJ

CRYSTAL BRIMER, OD, FAAO,

    Plaintiff/Counter Defendant,

v.

MDELITE LASER & AESTHETIC, LLC,

    Defendant/Counter Claimant.

ORDER

This matter comes before the court on the Plaintiff/Counter Defendant Crystal Brimer's motion [DE 35] for leave to file a Reply to Defendant/Counter Claimant MDElite Laser & Aesthetic, LLC's Counterclaims outside the time allowed for a response. The court finds that, under the circumstances, the parties' efforts at resolving this dispute constitutes excusable neglect. Accordingly, the motion is GRANTED for good cause, and Plaintiff/Counter Defendant's Reply [DE 37] is deemed timely filed.

SO ORDERED this 4th day of June, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE