IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00316-M

| | |
|---|---|
| CRYSTAL BRIMER, OD, FAAO<br><br>Plaintiff,<br><br>vs.<br><br>MDELITE LASER & AESTHETIC, LLC,<br><br>Defendant. | **ORDER GRANTING MOTION FOR A STAY OF ALL PROCEEDINGS** |

THIS MATTER is before the Court on the Joint Motion for a Stay of all Proceedings, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 6.1, for an order staying all further proceedings and deadlines in this action until at least January 3, 2026, based on the parties' settlement of all claims and in order to effectuate the terms of the settlement agreement. [DE-42]. For good cause shown, the motion is allowed, and it is ORDERED that all further proceedings and deadlines in this action are stayed until **January 3, 2026**, by which time the parties shall file a dismissal or status report.

This the 17 day of July, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge